UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

MIDLAND/ODESSA DIVISION

**BRADEN BRADEN, et al.**                          CIVIL ACTION NO. 7:20-cv-178-DC-RCG

VERSUS

**TDJ OILFIELD SERVICES,
LLC, et al.**

## NOTICE OF SETTLEMENT

The purpose of this Notice of Settlement is to apprise the Court that Plaintiffs and Defendants have entered into a tentative confidential settlement which resolves all claims asserted by Plaintiffs in this lawsuit. The settlement agreement includes certain future performances by the parties. The parties are in the process of preparing the settlement documents and expect to file a Consent Motion to Dismiss, with prejudice, within the next 60 days, with a request that the Court retain jurisdiction to enforce the terms of settlement in the event of noncompliance.

Respectfully submitted,

| | |
|---|---|
| SANFORD LAW FIRM, PLLC | KEAN MILLER LLP |
| By: /s/*Josh Sanford* | By: /s/*Brian R. Carnie* |
| Josh Sanford, Tx. Bar #24077858 | Brian R. Carnie, Tx. Bar #24056873 |
| One Financial Center | 333 Texas Street, Suite 450 |
| 10800 Financial Centre Parkway, Ste. 510 | Shreveport, LA 71101 |
| Little Rock, AR 72211 | Telephone: (318) 562-2700 |
| Telephone: (800) 615-4946 | Facsimile: (318) 562-2751 |
| Facsimile: (888) 787-2040 | Email: |
| Email: | |
| | *ATTORNEYS FOR TDJ OILFIELD* |
| *ATTORNEYS FOR PLAINTIFFS* | *SERVICES, LLC AND JOEY MOORE* |

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been filed electronically with the Clerk of Court using the CM/ECF system, which will send a copy of the same to all counsel of record.

Shreveport, Louisiana, this 1st day of August, 2022.

/s/*Brian R. Carnie*
OF COUNSEL
