IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

**BRADEN BRADEN, et al.**                                                                                                    **PLAINTIFFS**

vs.                                                     No. 7:20-cv-178-DC-RCG

**TDJ OILFIELD SERVICES, LLC,**                                                            **DEFENDANTS**
**and JOEY MOORE**

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS CARLOS GONZALEZ II AND JAMES REEVES

The Parties, through their counsel of record, for their Joint Stipulation of Dismissal of Plaintiffs Carlos Gonzalez II and James Reeves, do hereby state as follows:

1. Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the Parties hereby jointly stipulate to the dismissal of Carlos Gonzalez II and James Reeves without prejudice.

2. The dismissal of Plaintiffs Carlos Gonzalez II and James Reeves will not affect the claims of the other Plaintiffs.

3. The Parties therefore ask the Court to dismiss Plaintiffs Carlos Gonzalez II and James Reeves from this case without prejudice pursuant to this stipulation.

Page 1 of 2
Braden Braden, et al. v. TDJ Oilfield Services, LLC, et al.
U.S.D.C. (W.D. Tex.) Case No. 7:20-cv-178-DC-RCG
Joint Stipulation of Dismissal without Prejudice of Plaintiffs
Carlos Gonzalez II and James Reeves

| | |
|---|---|
| SANFORD LAW FIRM, PLLC | KEAN MILLER LLP |
| By: /s/ *Josh Sanford* <br>    Josh Sanford, TX Bar No. 24077858 | By: /s/ *Brian R. Carnie* <br>    Brian R. Carnie, TX Bar No. 24056873 |
| Kirkpatrick Plaza <br> 10800 Financial Centre Parkway, Suite 510 <br> Little Rock, AR 72211 <br> Telephone: (800) 615-4946 <br> Facsimile: (888) 787-2040 <br> Email: josh@sanfordlawfirm.com | 333 Texas Street, Suite 450 <br> Shreveport, LA 71101 <br> Telephone: (318) 562-2700 <br> Facsimile: (318) 562-2751 <br> Email: brian.carnie@keanmiller.com |
| ***ATTORNEYS FOR BRADEN BRADEN, et al.*** | ***ATTORNEYS FOR TDJ OILFIELD SERVICES, LLC AND JOEY MOORE*** |

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE was filed via the CM/ECF system, which will provide notice to the following attorney of record:

> Brian R. Carnie, Esq.
> KEAN MILLER LLP
> 333 Texas Street, Suite 450
> Shreveport, Louisiana 71101
> Telephone: (318) 562-2700
> Facsimile: (318) 562-2751
> brian.carnie@keanmiller.com

                                                          */s/ Josh Sanford*
                                                          **Josh Sanford**

Page 2 of 2
Braden Braden, et al. v. TDJ Oilfield Services, LLC, et al.
U.S.D.C. (W.D. Tex.) Case No. 7:20-cv-178-DC-RCG
Joint Stipulation of Dismissal without Prejudice of Plaintiffs
Carlos Gonzalez II and James Reeves